UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAJ K. PATEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No.  24-00054 (UNA) |
| | ) |
| JOE BIDEN, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION**

Plaintiff, appearing *pro se*, has filed a complaint against President Joe Biden and an application to proceed *in forma pauperis*. The Court will grant the application and dismiss this action pursuant to 28 U.S.C. § 1915(e)(2)(B) (requiring immediate dismissal of a case upon a determination that the complaint is frivolous).

Allegedly, Plaintiff has suffered emotional damage because he was not invited "to the State Dinner hosting T.E. Prime Minister Modi of the Republic of India" in June 2023. Compl., ECF No. 1 ¶ 2; *see generally* Complaint. Plaintiff demands "an aggregate sum of . . . one hundred million dollars." *Id*. ¶ 25. This complaint lacks "an arguable basis either in law or in fact," *Neitzke v. Williams*, 490 U.S. 319, 325 (1989), and therefore is dismissed. A separate order will issue contemporaneously.

_____/s/_____
RUDOLPH CONTRERAS
Date: February 8, 2024          United States District Judge